IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE MILLER, | ) | 1:09cv1605 DLB |
| | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | DISMISSING ACTION WITH |
| Plaintiff, | ) | PREJUDICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation to dismiss filed on April 26, 2010, this action is DISMISSED WITH PREJUDICE.  Each party shall bear his/her own fees, costs and expenses.

IT IS SO ORDERED.

Dated:   **April 28, 2010**            **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE

1